IN THE SUPREME COURT OF THE
STATE OF MONTANA

Case No. DA 21-0533

STAND UP MONTANA, a Montana non-profit
Corporation; CLINTON DECKER; MORGEN HUNT;
GABRIEL EARLE; ERIC PRATHER; BRADFORD
CAMPBELL; MEAGAN CAMPBELL; AMY ORR
and JARED ORR,

      Plaintiffs and Appellants,

    v.

MISSOULA COUNTY PUBLIC SCHOOLS,
ELEMENTARY DISTRICT NO. 1, HIGH
SCHOOL DISTRICT NO. 1, MISSOULA
COUNTY, STATE OF MONTANA; TARGET
RANGE SCHOOL DISTRICT NO. 23; and
HELLGATE ELEMENTARY SCHOOL
DISTRICT NO. 4,

      Defendants and Appellees.

_____

STAND UP MONTANA, a Montana
non-profit corporation; JASMINE
ALBERINO; TIMOTHY ALBERINO;
VICTORIA BENTLEY; DAVID DICKEY;
WESLEY GILBERT; KATIE GILBERT;
KIERSTEN GLOVER; RICHARD
JORGENSON; STEPEHN PRUIETT;
LINDSEY PRUIETT; ANGELA
MARSHALL; SEAN LITTLEJOHN; and
KENTON SAWDY,

      Plaintiffs and Appellants,

v.

BOZEMAN SCHOOL DISTRICT NO. 7;
MONFORTON SCHOOL DISTRICT NO. 27;
and BIG SKY SCHOOL DISTRICT NO. 72,

      Defendants and Appellees.

---

### *ORDER GRANTING APPELLEE'S UNOPPOSED FIRST MOTION FOR 30-DAY EXTENSION OF TIME TO FILE ANSWER BRIEF*

---

On Appeal from the Montana Fourth Judicial District Court
Missoula County, Cause No. DV-21-1031
Before Hon. Jason Marks

On Appeal from the Montana Eighteenth Judicial District Court
Gallatin County, Cause No. DV-21-975B
Before Hon. Rienne H. McElyea

---

Quentin M. Rhoades
RHOADES & ERICKSON
PLLC
430 Ryman Street
Missoula, Montana 59802
Telephone: 406-721-9700
qmr@montanalawyer.com
courtdocs@montanalawyer.com
*For Appellants*

Elizabeth A. Kaleva
Kevin A. Twidwell
Elizabeth A. O'Halloran
KALEVA LAW OFFICES
1911 S. Higgins Ave.
P.O. Box 9312
Missoula, MT 59807
eakaleva@kalevalaw.com
ktwidwell@kalevalaw.com
bohalloran@kalevalaw.com
*For Appellees*

Upon motion of the Appellees, and for good cause shown,

IT IS HEREBY ORDERED that Appellees' motion is GRANTED.

Appellees shall have up to April 7, 2022, in which to file their Answer Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
February 15 2022